IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FELICIA BANKS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 1:25-cv-03656-TWT-AWH |
| § | |
| **GENUINE DATA SERVICES LLC.,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT GENUINE DATA SERVICES LLC

    Plaintiff, FELICIA BANKS by and through the undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and GENUINE DATA SERVICES LLC., have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

DATED: September 11, 2025

                                                                           Respectfully Submitted,

                                                                           **FCRA ATTORNEYS**

                                                                           */s/ Heather Hersh*
                                                                           **Heather Hersh**
                                                                           TX Bar No. 24025426 (PHV)
                                                                           5301 Alpha Rd., Suite 80 -5
                                                                           Dallas, Texas 75240
                                                                           Phone: (214) 945-0000
                                                                           Email: heather@fcraattorneys.com
                                                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing document has been forwarded on September 11, 2025, to all parties in this matter in a manner approved by the rules.

*/s/ Heather Hersh*
Heather Hersh
*Attorney for Plaintiff*
