UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELICIA BANKS,<br><br>　Plaintiff,<br><br>v.<br><br>GENUINE DATA SERVICES LLC,<br><br>　Defendant. | CIVIL ACTION NO.<br>1:25-CV-03656-TWT |

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 14]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 17th day of September, 2025.

　　　　　　　　　　　　　　　　　　／s／ Thomas W. Thrash
　　　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE